JOSEPHINE C. LOWELL, Respondent, *v.* HARRIET T. WILLIAMS, Appellant, Impleaded with Another.

*Lowell v. Williams,* 183 App. Div. 701, affirmed.

(Argued March 9, 1920; decided April 13, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 17, 1918, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by her through the negligence of defendant. Plaintiff, while riding as a guest in defendant appellant's automobile,

received the injuries complained of as the result of a collision with a motor truck occasioned through the negligent operation of the vehicle in which she was riding. The principal question on appeal was whether the rule of *respondeat superior* is applicable between master and servant in relation to a gratuitous guest, invited by the master to ride in a carriage or automobile purely as a courtesy or kindness.

*Joseph F. Murray, Irving W. Young, Jr.,* and *Robert M. McCormick* for appellant.

*Edward J. Byrne* and *Sidney V. Lowell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.